# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 22, 2024

### NO. 03-22-00422-CV

**Appellant, Uptown Cars, Inc.//**
**Cross Appellants, Newcastle Management Trust and Jerry Landers**

**v.**

**Appellees, Newcastle Management Trust and Jerry Landers//**
**Cross-Appellee, Uptown Cars, Inc., Appellee**

---

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART –**
**OPINION BY JUSTICE BAKER**

---

This is an appeal from the Amended Order on Cross Motions for Summary Judgment signed by the trial court on December 13, 2019, and from the Order on Defendants' Motion for Award of Attorney's Fees signed by the trial court on June 24, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's Amended Order on Cross Motions for Summary Judgment, and we affirm that order. The Court further holds that there was no reversible error in the trial court's Order on Defendants' Motions for Award of Attorney's Fees, except for the portion awarding Newcastle Management Trust and Jerry Landers contingent appellate attorney's fees, which portion we reverse. Therefore, the Court affirms in part the trial court's Order on Defendants' Motions for Award of Attorney's

Fees, except for the portion awarding Newcastle Management Trust and Jerry Landers contingent appellate attorney's fees, which portion we reverse. This Court remands the case to the trial court for redetermination of the issue of Newcastle's and Lander's contingent appellate attorney's fees in accordance with this opinion. Uptown Cars, Inc. shall pay all costs relating to this appeal, both in this Court and in the court below.